**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

HANS LAUDERBACH,

       Plaintiff,                     Case No. 8:26-cv-01150-VMC-AEP

v.

TRANS UNION, LLC; EXPERIAN
INFORMATION SOLUTIONS, INC.;
EQUIFAX INFORMATION SERVICES,
LLC and AMERICAN EXPRESS
COMPANY;

       Defendants.

_____/

**DEFENDANT TRANS UNION, LLC'S**
**<u>NOTICE OF PENDENCY OF RELATED CASES</u>**

In accordance with Local Rule 1.07(c), I hereby certify that the instant action:

_____ IS              related to pending or closed civil or criminal case(s)

previously filed in this Court, or any other Federal or State

court, or administrative agency as indicated below:

_____

_____

1

　X　 IS NOT　　　　　related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

Respectfully submitted,

/s/ Charlotte Long
Charlotte Long, Esq.
Florida Bar No. 0112517
charlotte.long@transunion.com
Trans Union, LLC
555 W. Adams Street
Chicago, IL  60661
Telephone:  469-578-1464
**Counsel for Defendant Trans Union, LLC**

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of June, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

*/s/ Charlotte Long*
Charlotte Long, Esq.

3