**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**CASE NO: 8:26-CV-01150-VMC-AEP**

HANS LAUDERBACH,

     Plaintiff,

    v.

TRANS UNION, LLC, EXPERIAN
INFORMATION SOLUTIONS, INC.,
EQUIFAX INFORMATION
SERVICES LLC, and AMERICAN
EXPRESS COMPANY,

     Defendants.

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S**
**NOTICE OF DESIGNATION OF LEAD COUNSEL**

Defendant, Equifax Information Services LLC ("Equifax"), pursuant to

Middle District of Florida Local Rule 2.02(a), hereby notifies the Court and all

Counsel of Record of Paige Vacante's designation as Lead Counsel for Equifax in

this action. Paige Vacante is counsel of record and is duly registered to receive

notices at pvacante@seyfarth.com.

325815108v.1

2

DATED:  June 23, 2026                    Respectfully submitted,

                                         SEYFARTH SHAW LLP


                                         By: _/s/ Paige Vacante_____
                                             Paige Vacante, Bar No. 1019135
                                             pvacante@seyfarth.com
                                             SEYFARTH SHAW LLP
                                             233 South Wacker Drive
                                             Suite 8000
                                             Chicago, Illinois  60606-6448
                                             Telephone:  (312) 460-5000
                                             Facsimile:  (312) 460-7000

                                         *Counsel for Defendant*
                                         *Equifax Information Services LLC*

325815108v.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 23, 2026, I presented the foregoing DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S NOTICE OF DESIGNATION OF LEAD COUNSEL with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

_/s/ Paige Vacante_
Paige Vacante
_Counsel for Defendant_
_Equifax Information Services LLC_

325815108v.1