**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**CASE NO: 8:26-CV-01150-VMC-AEP**

HANS LAUDERBACH,

      Plaintiff,

    v.

TRANS UNION, LLC, EXPERIAN
INFORMATION SOLUTIONS, INC.,
EQUIFAX INFORMATION
SERVICES LLC, and AMERICAN
EXPRESS COMPANY,

      Defendants.

## NOTICE OF RELATED ACTION

In accordance with Local Rule 1.07(c), I certify that the instant action:

| | | |
|---|---|---|
| _____ | IS | related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below: |
| __X__ | IS NOT | related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency. |

I further certify that I will serve a copy of this NOTICE OF RELATED

ACTION upon each party no later than fourteen days after appearance of the party.

326724700v.1

2

DATED:  June 23, 2026

Respectfully submitted,

SEYFARTH SHAW LLP


By: _/s/ Paige Vacante_____

Paige Vacante, Bar No. 1019135
pvacante@seyfarth.com
SEYFARTH SHAW LLP
233 South Wacker Drive
Suite 8000
Chicago, Illinois  60606-6448
Telephone:  (312) 460-5000
Facsimile:  (312) 460-7000

*Counsel for Defendant*
*Equifax Information Services LLC*

326724700v.1

# **CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2026, I presented the foregoing NOTICE OF RELATED ACTION with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.  A copy has also been sent via U.S. Mail to the following:

> Reginald Robin Allen, *plaintiff pro se*
> 1528 Cricket Club Circle, Apt. 204
> Orlando, Florida 32828
> Telephone:  (678) 789-2900
> Email:  RRAexec@gmail.com

> _/s/ Paige Vacante_
> Paige Vacante
> *Counsel for Defendant*
> *Equifax Information Services LLC*

326724700v.1