**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

HANS LAUDERBACH,

          Plaintiff,

   v.

TRANS UNION, LLC, *et al.*

          Defendants.

Case No. 8:26-cv-01150-VMC-CPT

## NOTICE OF LEAD COUNSEL DESIGNATION

Defendant Experian Information Solutions, Inc. ("Experian"), pursuant to Middle District of Florida Local Rule 2.02(a), hereby notifies the Court and all Counsel of Record of Grant Schnell's designation as Lead Counsel for Experian in this action.

Respectfully submitted this 23rd day of June, 2026.

/s/ Grant Edward Lavelle Schnell
Grant Edward Lavelle Schnell, Esq.
Florida Bar No. 108109
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
Phone: (202) 346-4000
Email: gschnell@goodwinlaw.com

*Counsel for Defendant*
*Experian Information Solutions, Inc.*