UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HANS LAUDERBACH,

        Plaintiff,

    v.

TRANS UNION, LLC, *et al.*

        Defendants.

Case No. 8:26-cv-01150-VMC-AEP

## DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S ANSWER AND AFFIRMATIVE DEFENSES

COMES NOW Defendant Experian Information Solutions, Inc. ("Experian"), by and through its undersigned counsel, and answers Plaintiff Hans Lauderbach's ("Plaintiff") Complaint (the "Complaint") as follows:

1. In response to paragraph 1 of the Complaint, Experian admits that the Complaint purports to state claims under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §§ 1681 *et seq*. Experian denies that it has violated the FCRA and denies that it is liable to Plaintiff for any alleged damages.

2. In response to paragraph 2 of the Complaint, the allegations contained therein are directed at Defendant American Express Company ("AMEX") and do not require a response from Experian. To the extent a response is required, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

1

## JURISDICTION AND VENUE

3.      In response to paragraph 3 of the Complaint, Experian admits that Plaintiff purports to invoke this Court's jurisdiction under 28 U.S.C. §1331. To the extent a response is required, Experian states that the statute speaks for itself and denies any allegation inconsistent therewith.

4.      In response to paragraph 4 of the Complaint, Experian admits that Plaintiff purports to invoke supplemental jurisdiction pursuant to 28 U.S.C. § 1367. To the extent a response is required, Experian states that the statute speaks for itself and denies any allegation inconsistent therewith.

5.      In response to paragraph 5 of the Complaint, Experian admits that Plaintiff alleges venue is proper in this District pursuant to 28 U.S.C. § 1391. To the extent a response is required, Experian states that the statute speaks for itself and denies any allegation inconsistent therewith.

## PARTIES

6.      In response to paragraph 6 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

7.      In response to paragraph 7 of the Complaint, Experian states that the allegations contained therein are not directed at Experian and therefore do not require a response from Experian. To the extent a response is required, Experian states that it is without knowledge or information sufficient to form a

belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

8. In response to paragraph 8 of the Complaint, Experian states that the allegations contained therein are not directed at Experian and therefore do not require a response from Experian. To the extent a response is required, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

9. In response to paragraph 9 of the Complaint, Experian admits that it is a "consumer reporting agency" as defined by the FCRA, 15 U.S.C. § 1681a(f). Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 9 of the Complaint and states that the statute speaks for itself.

10. In response to paragraph 10 of the Complaint, Experian admits that it is an Ohio corporation with its principal place of business in Costa Mesa, California, and that it may be served through its registered agent. Except as expressly admitted, Experian denies the remaining allegations of paragraph 10.

11. In response to paragraph 11 of the Complaint, Experian states that the allegations contained therein are not directed at Experian and therefore do not require a response from Experian. To the extent a response is required, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

3

12.    In response to paragraph 12 of the Complaint, Experian states that the allegations contained therein are not directed at Experian and therefore do not require a response from Experian. To the extent a response is required, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

13.    In response to paragraph 13 of the Complaint, Experian states that the allegations contained therein are not directed at Experian and therefore do not require a response from Experian. To the extent a response is required, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

14.    In response to paragraph 14 of the Complaint, Experian states that the allegations contained therein are not directed at Experian and therefore do not require a response from Experian. To the extent a response is required, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

15.    In response to paragraph 15 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations that relate to other Defendants, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

4

16.     In response to paragraph 16 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## STATUTORY FRAMEWORK OF THE FAIR CREDIT REPORTING ACT

17.     In response to paragraph 17 of the Complaint, the allegations contained therein appear to set forth a portion of the legislative history of the federal FCRA. Experian affirmatively states that the cited legislative history speaks for itself and, on that basis, denies any allegations of paragraph 17 inconsistent therewith.

18.     In response to paragraph 18 of the Complaint, the allegations contained therein appear to set forth a portion of the federal FCRA, specifically 15 U.S.C. § 1681(a)(1). Experian affirmatively states that the FCRA speaks for itself and, on that basis, denies any allegations of paragraph 18 inconsistent therewith.

19.     In response to paragraph 19 of the Complaint, the allegations contained therein appear to set forth a portion of the legislative history of the federal FCRA. Experian affirmatively states that the cited legislative history speaks for itself and, on that basis, denies any allegations of paragraph 19 inconsistent therewith.

20.     In response to paragraph 20 of the Complaint, the allegations contained therein appear to set forth a portion of the federal FCRA, specifically 15 U.S.C. § 1681s-2. Experian affirmatively states that the FCRA speaks for itself

and, on that basis, denies any allegations of paragraph 20 inconsistent therewith.

21. In response to paragraph 21 of the Complaint, the allegations contained therein appear to set forth a portion of the federal FCRA, specifically 15 U.S.C. § 1681(a)(3) and (4). Experian affirmatively states that the FCRA speaks for itself and, on that basis, denies any allegations of paragraph 21 inconsistent therewith.

22. In response to paragraph 22 of the Complaint, the allegations contained therein appear to characterize the 2003 amendments to the FCRA made by the Fair and Accurate Credit Transaction Act ("FACTA"), Pub. L. No. 108-159 (2003). Experian affirmatively states that the FCRA and its legislative history speak for themselves and, on that basis, denies any allegations of paragraph 22 inconsistent therewith.

23. In response to paragraph 23 of the Complaint, the allegations contained therein appear to characterize the state of the FCRA prior to the 2003 FACTA amendments. Experian affirmatively states that the FCRA and its legislative history speak for themselves and, on that basis, denies any allegations of paragraph 23 inconsistent therewith.

24. In response to paragraph 24 of the Complaint, the allegations contained therein appear to set forth a portion of the federal FCRA, specifically 15 U.S.C. § 1681c-2(a). Experian affirmatively states that the FCRA speaks for itself and, on that basis, denies any allegations of paragraph 24 inconsistent therewith.

6

25.     In response to paragraph 25 of the Complaint, the allegations contained therein appear to characterize a portion of the federal FCRA, specifically 15 U.S.C. §§ 1681c-2(c)(1) and 1681c-2(c)(2). Experian affirmatively states that the FCRA speaks for itself and, on that basis, denies any allegations of paragraph 25 inconsistent therewith.

26.     In response to paragraph 26 of the Complaint, the allegations contained therein appear to characterize a portion7 of the Code of Federal Regulations, specifically 12 C.F.R. § 1022.3(i)(1)(iii)(A). Experian affirmatively states that the cited regulation speaks for itself and, on that basis, denies any allegations of paragraph 26 inconsistent therewith.

27.     In response to paragraph 27 of the Complaint, the allegations contained therein appear to set forth a portion of a court decision. Experian affirmatively states that the cited case speaks for itself and, on that basis, denies any allegations of paragraph 27 inconsistent therewith.

28.     In response to paragraph 28 of the Complaint, the allegations contained therein appear to set forth a portion of the federal FCRA, specifically 15 U.S.C. § 1681e(b). Experian affirmatively states that the FCRA speaks for itself and, on that basis, denies any allegations of paragraph 28 inconsistent therewith.

29.     In response to paragraph 29 of the Complaint, the allegations contained therein appear to set forth a portion of the federal FCRA, specifically 15 U.S.C. § 1681i(a)(1)(A). Experian affirmatively states that the FCRA speaks for itself and, on that basis, denies any allegations of paragraph 29 inconsistent therewith.

30.    In response to paragraph 30 of the Complaint, the allegations contained therein appear to set forth a portion of the federal FCRA, specifically 15 U.S.C. § 1681i(a)(4). Experian affirmatively states that the FCRA speaks for itself and, on that basis, denies any allegations of paragraph 30 inconsistent therewith.

31.    In response to paragraph 31 of the Complaint, the allegations contained therein appear to set forth a portion of the federal FCRA, specifically 15 U.S.C. § 1681i(a)(2)(A). Experian affirmatively states that the FCRA speaks for itself and, on that basis, denies any allegations of paragraph 31 inconsistent therewith.

32.    In response to paragraph 32 of the Complaint, the allegations contained therein appear to characterize the requirements of the federal FCRA. Experian affirmatively states that the FCRA speaks for itself and, on that basis, denies any allegations of paragraph 32 inconsistent therewith.

33.    In response to paragraph 33 of the Complaint, the allegations contained therein appear to set forth a portion of the federal FCRA, specifically 15 U.S.C. § 1681o(a). Experian affirmatively states that the FCRA speaks for itself and, on that basis, denies any allegations of paragraph 33 inconsistent therewith.

34.    In response to paragraph 34 of the Complaint, the allegations contained therein appear to set forth a portion of the federal FCRA, specifically 15 U.S.C. § 1681n(a). Experian affirmatively states that the FCRA speaks for itself and, on that basis, denies any allegations of paragraph 34 inconsistent therewith.

35. In response to paragraph 35 of the Complaint, the allegations contained therein appear to set forth a portion of the federal FCRA, specifically 15 U.S.C. §§ 1681n(a)(3) and 1681o(a)(2). Experian affirmatively states that the FCRA speaks for itself and, on that basis, denies any allegations of paragraph 35 inconsistent therewith.

36. In response to paragraph 36 of the Complaint, the allegations contained therein appear to set forth a portion of the federal FCRA, specifically 15 U.S.C. §§ 1681o, 1691n. Experian affirmatively states that the FCRA speaks for itself and, on that basis, denies any allegations of paragraph 36 inconsistent therewith.

37. In response to paragraph 37 of the Complaint, the allegations contained therein appear to set forth a portion of the federal FCRA, specifically 15 U.S.C. §§ 1681b(a)(3) and 1681b(c)(3). Experian affirmatively states that the FCRA speaks for itself and, on that basis, denies any allegations of paragraph 37 inconsistent therewith.

38. In response to paragraph 38 of the Complaint, the allegations contained therein appear to set forth a portion of a court decision. Experian affirmatively states that the cited case speaks for itself and, on that basis, denies any allegations of paragraph 38 inconsistent therewith.

39. In response to paragraph 39 of the Complaint, the allegations contained therein appear to set forth portions of the federal FCRA, specifically 15 U.S.C. § 1681e(b) and 15 U.S.C. § 1681i(a)(1)(A). Experian affirmatively states that the FCRA speaks for itself and, on that basis, denies any allegations of paragraph 39 inconsistent therewith.

40.   In response to paragraph 40 of the Complaint, the allegations contained therein appear to set forth a portion of the federal FCRA, specifically 15 U.S.C. § 1681i(a)(5)(A)(i)(ii). Experian affirmatively states that the FCRA speaks for itself and, on that basis, denies any allegations of paragraph 40 inconsistent therewith.

41.   In response to paragraph 41 of the Complaint, the allegations contained therein appear to set forth a portion of the federal FCRA, specifically 15 U.S.C. §§ 1681o(a) and 1681n(a). Experian affirmatively states that the FCRA speaks for itself and, on that basis, denies any allegations of paragraph 41 inconsistent therewith.

42.   In response to paragraph 42 of the Complaint, the allegations contained therein appear to set forth a portion of the federal FCRA, specifically 15 U.S.C. § 1681a(d)(1). Experian affirmatively states that the FCRA speaks for itself and, on that basis, denies any allegations of paragraph 42 inconsistent therewith.

43.   In response to paragraph 43 of the Complaint, Experian states that the language contained in paragraph 43 sets forth Plaintiff's terminology and does not require a response. To the extent a response is required, Experian denies any characterization inconsistent with the FCRA.

**NATIONAL CRAs AND FURNISHERS COMMUNICATE CONSUMER DISPUTES AND RESPONSES VIA THE E-OSCAR REPORTING PLATFORM**

44.   In response to paragraph 44 of the Complaint, the allegations contained therein appear to set forth a portion of the federal FCRA, specifically

15 U.S.C. § 1681i(a)(5)(D). Experian affirmatively states that the FCRA speaks for itself and, on that basis, denies any allegations of paragraph 44 inconsistent therewith.

45.   In response to paragraph 45 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations that relate to other Defendants, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

46.   In response to paragraph 46 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

47.   In response to paragraph 47 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

48.   In response to paragraph 48 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

49.   In response to paragraph 49 of the Complaint, the allegations contained therein appear to set forth a portion of the federal FCRA, specifically 15 U.S.C. § 1681s-2(b)(1)(D). Experian affirmatively states that the FCRA speaks

for itself and, on that basis, denies any allegations of paragraph 49 inconsistent therewith.

50.    In response to paragraph 50 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

51.    In response to paragraph 51 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

52.    In response to paragraph 52 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations that relate to other Defendants, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## **THE FCCPA**

53.    In response to paragraph 53 of the Complaint, the allegations contained therein appear to set forth a portion of the FCCPA and related case law. Experian affirmatively states that the cited statute and cited case speak for themselves and, on that basis, denies any allegations of paragraph 53 inconsistent therewith.

54.    In response to paragraph 54 of the Complaint, the allegations contained therein appear to set forth a portion of the FCCPA, specifically Fla. Stat. § 559.72(9). Experian affirmatively states that the FCCPA speaks for itself and, on that basis, denies any allegations of paragraph 54 inconsistent therewith.

55.    In response to paragraph 55 of the Complaint, the allegations contained therein appear to set forth a portion of the FCCPA, specifically Fla. Stat. § 559.77(2). Experian affirmatively states that the FCCPA speaks for itself and, on that basis, denies any allegations of paragraph 55 inconsistent therewith.

56.    In response to paragraph 56 of the Complaint, the allegations contained therein appear to set forth a portion of the FCCPA, specifically Fla. Stat. § 559.77(2). Experian affirmatively states that the FCCPA speaks for itself and, on that basis, denies any allegations of paragraph 56 inconsistent therewith.

**FACTUAL ALLEGATIONS**

57.    In response to paragraph 57 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein regarding Plaintiff's personal circumstances and identity-theft allegations and, on that basis, denies the allegations.

58.    In response to paragraph 58 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth

of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

**Disputes with Trans Union and AMEX**

59.     In response to paragraph 59 of the Complaint, Experian states that the allegations contained therein are not directed at Experian and therefore do not require a response from Experian. To the extent a response is required, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

60.     In response to paragraph 60 of the Complaint, Experian states that the allegations contained therein are not directed at Experian and therefore do not require a response from Experian. To the extent a response is required, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

61.     In response to paragraph 61 of the Complaint, Experian states that the allegations contained therein are not directed at Experian and therefore do not require a response from Experian. To the extent a response is required, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

62.     In response to paragraph 62 of the Complaint, Experian states that the allegations contained therein are not directed at Experian and therefore do

14

not require a response from Experian. To the extent a response is required, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## Disputes with Experian and AMEX

63.   In response to paragraph 63 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

64.   In response to paragraph 64 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

65.   In response to paragraph 65 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

66.   In response to paragraph 66 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

**Disputes with Equifax and AMEX**

67.    In response to paragraph 67 of the Complaint, Experian states that the allegations contained therein are not directed at Experian and therefore do not require a response from Experian. To the extent a response is required, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

68.    In response to paragraph 68 of the Complaint, Experian states that the allegations contained therein are not directed at Experian and therefore do not require a response from Experian. To the extent a response is required, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

69.    In response to paragraph 69 of the Complaint, Experian states that the allegations contained therein are not directed at Experian and therefore do not require a response from Experian. To the extent a response is required, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

70.    In response to paragraph 70 of the Complaint, Experian states that the allegations contained therein are not directed at Experian and therefore do not require a response from Experian. To the extent a response is required, Experian states that it is without knowledge or information sufficient to form a

16

belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

### Plaintiff's Damages

71.     In response to paragraph 71 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations that relate to other Defendants, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

72.     In response to paragraph 72 of the Complaint, the allegations contained therein appear to cite various court decisions and state legal conclusions regarding Article III standing. Experian affirmatively states that the cited cases speak for themselves and, on that basis, denies any allegations of paragraph 72 inconsistent therewith.

73.     In response to paragraph 73 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations that relate to other Defendants, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## COUNT I — VIOLATIONS OF 15 U.S.C. § 1681c-2 AGAINST TRANS UNION

74.    In response to paragraph 74 of the Complaint, Experian incorporates by reference its responses to all foregoing paragraphs as though fully set forth herein.

75.    In response to paragraph 75 of the Complaint, Experian states that the allegations contained therein are not directed at Experian and therefore do not require a response from Experian. To the extent a response is required, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

76.    In response to paragraph 76 of the Complaint, Experian states that the allegations contained therein are not directed at Experian and therefore do not require a response from Experian. To the extent a response is required, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

77.    In response to paragraph 77 of the Complaint, Experian states that the allegations contained therein are not directed at Experian and therefore do not require a response from Experian. To the extent a response is required, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

78.     In response to paragraph 78 of the Complaint, Experian states that the allegations contained therein are not directed at Experian and therefore do not require a response from Experian. To the extent a response is required, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

79.     In response to paragraph 79 of the Complaint, Experian states that the allegations contained therein are not directed at Experian and therefore do not require a response from Experian. To the extent a response is required, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## COUNT II — VIOLATIONS OF 15 U.S.C. § 1681i AGAINST TRANS UNION

80.     In response to paragraph 80 of the Complaint, Experian incorporates by reference its responses to all foregoing paragraphs as though fully set forth herein.

81.     In response to paragraph 81 of the Complaint, Experian states that the allegations contained therein are not directed at Experian and therefore do not require a response from Experian. To the extent a response is required, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

82.     In response to paragraph 82 of the Complaint, Experian states that the allegations contained therein are not directed at Experian and therefore do not require a response from Experian. To the extent a response is required, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

83.     In response to paragraph 83 of the Complaint, Experian states that the allegations contained therein are not directed at Experian and therefore do not require a response from Experian. To the extent a response is required, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

In response to the alternative negligence allegation and the WHEREFORE clause following paragraph 83, Experian states that the allegations contained therein are not directed at Experian and therefore do not require a response from Experian. To the extent a response is required, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## COUNT III — VIOLATIONS OF 15 U.S.C. § 1681e(b) AGAINST TRANS UNION

84.     In response to paragraph 84 of the Complaint, Experian incorporates by reference its responses to all foregoing paragraphs as though fully set forth herein.

85.    In response to paragraph 85 of the Complaint, Experian states that the allegations contained therein are not directed at Experian and therefore do not require a response from Experian. To the extent a response is required, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

86.    In response to paragraph 86 of the Complaint, Experian states that the allegations contained therein are not directed at Experian and therefore do not require a response from Experian. To the extent a response is required, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

87.    In response to paragraph 87 of the Complaint, Experian states that the allegations contained therein are not directed at Experian and therefore do not require a response from Experian. To the extent a response is required, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

88.    In response to paragraph 88 of the Complaint, Experian states that the allegations contained therein are not directed at Experian and therefore do not require a response from Experian. To the extent a response is required, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

In response to the WHEREFORE clause following paragraph 88, Experian states that the allegations contained therein are not directed at Experian and therefore do not require a response from Experian. To the extent a response is required, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## COUNT IV — VIOLATIONS OF 15 U.S.C. § 1681c-2 AGAINST EXPERIAN

89. In response to paragraph 89 of the Complaint, Experian incorporates by reference its responses to all foregoing paragraphs as though fully set forth herein.

90. In response to paragraph 90 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

91. In response to paragraph 91 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

92. In response to paragraph 92 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

93. In response to paragraph 93 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

94. In response to paragraph 94 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

95. In response to paragraph 95, the WHEREFORE clause of Count IV, Experian denies that Plaintiff is entitled to any of the relief requested, denies that Experian has violated the FCRA, and denies that Experian is liable to Plaintiff for any damages, costs, or attorneys' fees whatsoever.

## COUNT V — VIOLATIONS OF 15 U.S.C. § 1681i AGAINST EXPERIAN

96. In response to paragraph 96 of the Complaint, Experian incorporates by reference its responses to all foregoing paragraphs as though fully set forth herein.

97. In response to paragraph 97 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

98. In response to paragraph 98 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

99. In response to paragraph 99 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

100. In response to paragraph 100 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

In response to the WHEREFORE clause of Count V, Experian denies that Plaintiff is entitled to any of the relief requested against Experian.

## COUNT VI — VIOLATIONS OF 15 U.S.C. § 1681e(b) AGAINST EXPERIAN

101. In response to paragraph 101 of the Complaint, Experian incorporates by reference its responses to all foregoing paragraphs as though fully set forth herein.

102. In response to paragraph 102 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

103. In response to paragraph 103 of the Complaint, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

104. In response to paragraph 104 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

105. In response to paragraph 105 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

In response to the WHEREFORE clause of Count VI, Experian denies that Plaintiff is entitled to any of the relief requested against Experian.

## COUNT VII — VIOLATIONS OF 15 U.S.C. § 1681c-2 AGAINST EQUIFAX

106. In response to paragraph 106 of the Complaint, Experian incorporates by reference its responses to all foregoing paragraphs as though fully set forth herein.

107. In response to paragraph 107 of the Complaint, Experian states that the allegations contained therein are not directed at Experian and therefore do not require a response from Experian. To the extent a response is required, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

108. In response to paragraph 108 of the Complaint, Experian states that the allegations contained therein are not directed at Experian and therefore do not require a response from Experian. To the extent a response is required, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

109. In response to paragraph 109 of the Complaint, Experian states that the allegations contained therein are not directed at Experian and therefore do not require a response from Experian. To the extent a response is required, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

110.    In response to paragraph 110 of the Complaint, Experian states that the allegations contained therein are not directed at Experian and therefore do not require a response from Experian. To the extent a response is required, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

111.    In response to paragraph 111 of the Complaint, Experian states that the allegations contained therein are not directed at Experian and therefore do not require a response from Experian. To the extent a response is required, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

In response to the WHEREFORE clause following paragraph 111, Experian denies that Plaintiff is entitled to any of the relief requested as against Experian.

## COUNT VIII — VIOLATIONS OF 15 U.S.C. § 1681i AGAINST EQUIFAX

112.    In response to paragraph 112 of the Complaint, Experian incorporates by reference its responses to all foregoing paragraphs as though fully set forth herein.

113.    In response to paragraph 113 of the Complaint, Experian states that the allegations contained therein are not directed at Experian and therefore do not require a response from Experian. To the extent a response is required, Experian states that it is without knowledge or information sufficient to form a

26

belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

114.   In response to paragraph 114 of the Complaint, Experian states that the allegations contained therein are not directed at Experian and therefore do not require a response from Experian. To the extent a response is required, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

115.   In response to paragraph 115 of the Complaint, Experian states that the allegations contained therein are not directed at Experian and therefore do not require a response from Experian. To the extent a response is required, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

116.   In response to paragraph 116 of the Complaint, Experian states that the allegations contained therein are not directed at Experian and therefore do not require a response from Experian. To the extent a response is required, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

In response to the WHEREFORE clause following paragraph 116, Experian denies that Plaintiff is entitled to any of the relief requested as against Experian.

## COUNT IX — VIOLATIONS OF 15 U.S.C. § 1681e(b) AGAINST EQUIFAX

117.   In response to paragraph 117 of the Complaint, Experian incorporates by reference its responses to all foregoing paragraphs as though fully set forth herein.

118.   In response to paragraph 118 of the Complaint, Experian states that the allegations contained therein are not directed at Experian and therefore do not require a response from Experian. To the extent a response is required, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

119.   In response to paragraph 119 of the Complaint, Experian states that the allegations contained therein are not directed at Experian and therefore do not require a response from Experian. To the extent a response is required, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

120.   In response to paragraph 120 of the Complaint, Experian states that the allegations contained therein are not directed at Experian and therefore do not require a response from Experian. To the extent a response is required, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

28

121. In response to paragraph 121 of the Complaint, Experian states that the allegations contained therein are not directed at Experian and therefore do not require a response from Experian. To the extent a response is required, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

In response to the WHEREFORE clause following paragraph 121, Experian denies that Plaintiff is entitled to any of the relief requested as against Experian.

## COUNT X — VIOLATIONS OF 15 U.S.C. § 1681s-2(b) AGAINST AMEX

122. In response to paragraph 122 of the Complaint, Experian incorporates by reference its responses to all foregoing paragraphs as though fully set forth herein.

123. In response to paragraph 123 of the Complaint, Experian states that the allegations contained therein are not directed at Experian and therefore do not require a response from Experian. To the extent a response is required, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

124. In response to paragraph 124 of the Complaint, Experian states that the allegations contained therein are not directed at Experian and therefore do not require a response from Experian. To the extent a response is required, Experian states that it is without knowledge or information sufficient to form a

belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

125. In response to paragraph 125 of the Complaint, Experian states that the allegations contained therein are not directed at Experian and therefore do not require a response from Experian. To the extent a response is required, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

126. In response to paragraph 126 of the Complaint, Experian states that the allegations contained therein are not directed at Experian and therefore do not require a response from Experian. To the extent a response is required, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

127. In response to paragraph 127 of the Complaint, Experian states that the allegations contained therein are not directed at Experian and therefore do not require a response from Experian. To the extent a response is required, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

128. In response to paragraph 128 of the Complaint, Experian states that the allegations contained therein are not directed at Experian and therefore do not require a response from Experian. To the extent a response is required, Experian states that it is without knowledge or information sufficient to form a

belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

129. In response to paragraph 129, the WHEREFORE clause of Count X, Experian denies that Plaintiff is entitled to any of the relief requested as against Experian.

## COUNT XI — VIOLATIONS OF FLA. STAT. § 559.72(9) AGAINST AMEX

130. In response to paragraph 130 of the Complaint, Experian incorporates by reference its responses to all foregoing paragraphs as though fully set forth herein.

131. In response to paragraph 131 of the Complaint, Experian states that the allegations contained therein are not directed at Experian and therefore do not require a response from Experian. To the extent a response is required, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

132. In response to paragraph 132 of the Complaint, Experian states that the allegations contained therein are not directed at Experian and therefore do not require a response from Experian. To the extent a response is required, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

133. In response to paragraph 133 of the Complaint, Experian states that the allegations contained therein are not directed at Experian and therefore

do not require a response from Experian. To the extent a response is required, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

134. In response to paragraph 134 of the Complaint, Experian states that the allegations contained therein are not directed at Experian and therefore do not require a response from Experian. To the extent a response is required, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

135. In response to paragraph 135 of the Complaint, Experian states that the allegations contained therein are not directed at Experian and therefore do not require a response from Experian. To the extent a response is required, Experian states that the allegations contained therein appear to set forth a portion of the FCCPA, specifically Fla. Stat. § 559.77(2). Experian affirmatively states that the FCCPA speaks for itself and, on that basis, denies any allegations of paragraph 135 inconsistent therewith.

136. In response to paragraph 136 of the Complaint, Experian states that the allegations contained therein are not directed at Experian and therefore do not require a response from Experian. To the extent a response is required, Experian states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

In response to the WHEREFORE clause of Count XI, Experian denies that Plaintiff is entitled to any of the relief requested as against Experian.

## RESPONSE TO DEMAND FOR JURY TRIAL

Experian acknowledges that Plaintiff has demanded a trial by jury on all issues so triable and reserves all rights with respect thereto.

## AFFIRMATIVE DEFENSES

In further response to Plaintiff's Complaint, Experian hereby asserts the following affirmative defenses, without conceding that it bears the burden of persuasion as to any of them.

## FIRST AFFIRMATIVE DEFENSE
### (STATUTES OF LIMITATIONS AND REPOSE)

Experian is informed and believes and thereon alleges that all claims for relief in the Complaint herein are barred by the applicable statutes of limitation and repose, including but not limited to 15 U.S.C. § 1681p.

## SECOND AFFIRMATIVE DEFENSE
### (TRUTH/ACCURACY OF INFORMATION)

Plaintiff's claims are barred, in whole or in part, because the information reported by Experian was accurate as furnished and/or was reasonably verified based on information available to Experian.

## THIRD AFFIRMATIVE DEFENSE
### (FAILURE TO MITIGATE DAMAGES)

Plaintiff has failed to mitigate Plaintiff's damages.

33

## FOURTH AFFIRMATIVE DEFENSE

### (CONTRIBUTORY/COMPARATIVE FAULT)

Experian is informed and believes and thereon alleges that any alleged damages sustained by Plaintiff were, at least in part, caused by the actions of Plaintiff himself and/or third parties and resulted from Plaintiff's or third parties' own negligence which equaled or exceeded any alleged negligence or wrongdoing by Experian.

## FIFTH AFFIRMATIVE DEFENSE

### (IMMUNITY)

All claims against Experian are barred, in whole or in part, by 15 U.S.C. § 1681h(e).

## SIXTH AFFIRMATIVE DEFENSE

### (ARBITRATION)

Experian alleges on information and belief that Plaintiff's claims may be the subject of an arbitration agreement between Plaintiff and Experian.

## SEVENTH AFFIRMATIVE DEFENSE

### (FEDERAL PREEMPTION)

Any and all state and common law claims Plaintiff brings against Experian are preempted by the federal Fair Credit Reporting Act, 15 U.S.C. §§ 1681 *et seq.*, including but not limited to 15 U.S.C. §§ 1681h(e) and 1681t.

## PRAYER FOR RELIEF

WHEREFORE, Defendant Experian Information Solutions, Inc. prays as follows:

34

- That Plaintiff take nothing by virtue of the Complaint herein and that all claims asserted against Experian be dismissed;
- For costs of suit herein incurred; and
- For such other and further relief as the Court may deem just and proper.


Dated: June 23, 2026

/s/ Grant Edward Lavelle Schnell
Grant Edward Lavelle Schnell, Esq.
Florida Bar No. 108109
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
Phone: (202) 346-4000
Email: gschnell@goodwinlaw.com

*Counsel for Defendant*
*Experian Information Solutions, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was filed on June 23, 2026 with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Grant Edward Lavelle Schnell*
Grant Edward Lavelle Schnell, Esq.
Florida Bar No. 108109
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
Phone: (202) 346-4000
Email: gschnell@goodwinlaw.com

*Counsel for Defendant*
*Experian Information Solutions, Inc.*
