**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

HANS LAUDERBACH,

   Plaintiff,

  v.

TRANS UNION, LLC, *et al.*

   Defendants.

Case No. 8:26-cv-01150-VMC-AEP

## NOTICE OF PENDENCY OF OTHER ACTIONS

Pursuant to Local Rule 1.07(c), I certify that the above-captioned case:

☐ **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

_____

_____

☒ **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance.

Respectfully submitted this 23rd day of June, 2026.

      */s/ Grant Edward Lavelle Schnell*
      Grant Edward Lavelle Schnell, Esq.
      Florida Bar No. 108109
      GOODWIN PROCTER LLP
      1900 N Street, NW
      Washington, DC 20036
      Phone: (202) 346-4000

Email: gschnell@goodwinlaw.com

*Counsel for Defendant*
*Experian Information Solutions, Inc.*

- 2 -