UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HANS LAUDERBACH


Plaintiff,

v.

Case No: 8:26-cv-1150-VMC-AEP

TRANS UNION, LLC, EXPERIAN
INFORMATION SOLUTIONS, INC.,
EQUIFAX INFORMATION
SERVICES LLC, AND AMERICAN
EXPRESS COMPANY

Defendants.

---

## PLAINTIFF'S STATUS REPORT REGARDING SERVICE

COMES NOW the Plaintiff, Hans Lauderbach, by and through his undersigned counsel, and pursuant to the Court's Endorsed Order dated June 22, 2026 (Doc. 18), respectfully submits this Status Report Regarding Service to advise the Court of the current status of service of process on the Defendants in this matter. In support thereof, Plaintiff states as follows:

1.      In compliance with the Court's Endorsed Order (Doc. 10) directing Plaintiff to file a status report on the efforts to perfect service of process, Plaintiff notes that on April 24, 2026, counsel dispatched the Complaint, Summons, the Court's recent reassignment order, and Requests for Waiver of Service to all four named Defendants via First-Class Mail.

2.      Defendant Equifax Information Services LLC executed its waiver of service on April 29, 2026, which was subsequently filed with the Court on April 30, 2026, as Doc. 9.

Pursuant to Federal Rule of Civil Procedure 4(d)(3), Equifax Information Services LLC's deadline to answer or otherwise respond to the Complaint is June 23, 2026.

3.      Defendant Trans Union, LLC executed its waiver of service on April 27, 2026, which was subsequently filed with the Court on May 19, 2026. Trans Union, LLC's deadline to answer or otherwise respond to the Complaint is also June 23, 2026.

4.      Defendant Experian Information Solutions, Inc. executed its waiver of service on May 21, 2026, which was subsequently filed with the Court on May 22, 2026. Experian Information Solutions, Inc. deadline to answer or otherwise respond to the Complaint is also June 23, 2026.

5.      Service remains pending as to Defendant American Express Company. Tracking information confirms that the waiver package was delivered to American Express Company on April 30, 2026.

6.      Plaintiff is currently awaiting the return of the executed waiver from American Express Company. If American Express Company fails to return the waiver, Plaintiff will promptly arrange for formal service using a process server.

Dated: June 26, 2026

*Respectfully submitted,*

**SHARMIN & SHARMIN, P.A.**
830 North Federal Highway
Lake Worth, FL 33460
Telephone: 561-655-3925
Fax: 844-921-1022

/s/ Eyal Eisig
Eyal S. Eisig, Esq.
FBN: 109438
Email: eyal@sharminlaw.com
*Counsel for Plaintiff*

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that on June 26, 2026, the foregoing was electronically filed with the Clerk of Court using CM/ECF along with having served all counsel of record via transmission of Electronic filing generated by CM/ECF.

/s/ Eyal Eisig
Eyal S. Eisig, Esq.
FBN: 109438
Email:eyal@sharminlaw.com
*Counsel for Plaintiff*

.